IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

CURTIS MORTON                                                                                       PLAINTIFF

VS.                                                         CIVIL ACTION NO.: 4:14-cv-169-GHD-JMV

GRACE HEALTH AND REHABILITATION                                                   DEFENDANT
OF GRENADA, LLC

## ORDER STAYING CERTAIN PROCEEDINGS

Local Uniform Civil Rule 16(b)(1)(B) provides, "[a] motion to remand . . . will stay the attorney conference and disclosure requirements and all discovery **not relevant** to the remand . . . issue and will stay the parties' obligation to make disclosures pending the court's ruling on the motion . . . ." L.U. Civ. R. 16(b)(1)(B) (emphasis added). Because the defendant has filed a motion to remand [16], staying certain proceedings is appropriate.

**IT IS, THEREFORE, ORDERED** that the aforementioned proceedings are hereby **STAYED** pending a ruling on the motion to remand. Should the parties desire to undertake remand related discovery, they should contact the court within seven (7) days hereof for scheduling of same. Defendant shall notify the undersigned magistrate judge within seven (7) days of a decision on the motion to remand and shall submit a proposed order lifting the stay.

**SO ORDERED** this, the 3rd day of February, 2015.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**