# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

CURTIS MORTON                                                                 PLAINTIFF

VS.                                                    CIVIL ACTION NO.: 4:14-cv-169-GHD-JMV

GRACE HEALTH AND REHABILITATION                                               DEFENDANT
OF GRENADA, LLC

## ORDER LIFTING STAY

This matter is before the court consistent with an order [18] entered on February 3, 2015, staying this case pending a ruling on the motion to remand to arbitration. The District Judge denied the motion to remand to arbitration by an order entered on May 7, 2015. Accordingly, the stay should be lifted, and this action may proceed.

**IT IS THEREFORE ORDERED** that the stay on the above-styled matter is hereby **LIFTED** and a status conference to discuss new case management deadlines will be set by further notice of the court.

**SO ORDERED**, this the 19th day of May, 2015.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**